**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Deborah S. Hunt**
**Clerk**                                                                                                    513-564-7000

October 6, 2017

Andrew Z. Schwartz, Esq.
Thomas R. Ayres, II, Esq.
Richard Grant Baldwin, Esq.
Matthew Baltay, Esq.
Albert J. Lucas, Esq.
Madeleine Rodriguez, Esq.
Charles Horne Cooper, Jr, Esq.
John C. Camillus, Esq.
Charles Benjamin Cooper, Esq.
Rex H. Elliott, Esq.

Re:    Case No. 16-3960, *DRPF L.L.C., dba Skye Ventures v. The Republic Bolivariana De Venezuela*

Dear Counsel,

I write at the direction of the panel to which this matter is assigned. The panel requests that the appellees provide unredacted invoices to support their Motion for Attorney's Fees. The documents should be filed via CM/ECF, no later than close of business, 5:00 p.m. EDT, on Friday October 13, 2017.

Thank you in advance for your cooperation with this request.

Sincerely,

Deborah S. Hunt, Clerk
Sixth Circuit Court of Appeals