Case No. 16-3960

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DRFP L.L.C., dba Skye Ventures, </br></br>Plaintiff-Appellant, </br></br>v. </br></br>REPÚBLICA BOLIVARIANA DE VENEZUELA; THE VENEZUELAN MINISTRY OF FINANCE, </br></br>Defendants-Appellees. | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO |

## JOINT MOTION TO VACATE ORDER

Pursuant to Federal Rule of Appellate Procedure 27, the parties jointly move to vacate the Order issued January 22, 2018, Doc. 62-2.  The parties have been working diligently to settle Appellees' motion for appellate attorneys' fees, together with Appellees' pending application for costs in the District Court. The parties reached agreement by Saturday, January 20, 2018 on material terms of a settlement of these matters, had taken steps toward its implementation, and were in the process of memorializing the settlement on the morning of Monday, January 22, 2018 when this Court issued its Order.  The parties had contemplated informing this Court and the District Court of the settlement and completing performance of the settlement on Monday as well.  The issuance of this Court's

B4788357.1

Order, which addresses one of the parties' pending disputes regarding fees and costs, has impacted the parties' comprehensive settlement in ways that both sides view as disadvantageous to the global resolution that they envisioned. Accordingly, while mindful of the effort that the Court made in determining the appellate fee application, the parties respectfully request that the Court vacate its Order, to assist the parties in resolving all issues regarding fees and costs in this Honorable Court and the District Court below.

Dated: January 25, 2018                                    Respectfully submitted,


/s/ Charles H. Cooper, Jr.                                 /s/ John C. Camillus
Charles H. Cooper, Jr.                                     John C. Camillus
Rex H. Elliott                                             The Law Offices of
C. Benjamin Cooper                                            John C. Camillus, LLC
Cooper & Elliott, LLC                                      P.O. Box 141410
2175 Riverside Drive                                       Columbus, Ohio 43214
Columbus, Ohio 43221                                       (614) 558-7254
(614) 481-6000                                             (614) 559-6731 (fax)
(614) 481-6001 (fax)                                       jcamillus@camilluslaw.com
chipc@cooperelliott.com
rexe@cooperelliott.com                                     Counsel for Appellant
benc@cooperelliott.com

Counsel for Appellant

B4788357.1

| | |
|---|---|
| /s/ Andrew Z. Schwartz<br>Andrew Z. Schwartz<br>Matthew C. Baltay<br>Thomas R. Ayres, II<br>Richard G. Baldwin<br>Madeleine K. Rodriguez<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>(617) 832-1000<br>(617) 832-7000 (fax)<br>aschwartz@foleyhoag.com<br>mbaltay@foleyhoag.com<br>tayres@foleyhoag.com<br>rbaldwin@foleyhoag.com<br>mrodriguez@foleyhoag.com<br><br>Counsel for Appellees | s/ Albert J. Lucas<br>Albert J. Lucas<br>CALFEE, HALTER &<br>GRISWOLD, LLP<br>1200 Huntington Center<br>41 South High Street<br>Columbus, Ohio 43215-4243<br>(614) 621-7002<br>(614) 621-0010 (fax)<br>alucas@calfee.com<br><br>Counsel for Appellees |